# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. CR05-21T***

RECEIVED
U.S. MARSHALS SERVICE
DISTRICT OF R.I.
MAY 16 2005

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Joseph Nicolella**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:15 o'clock a.m.**, on the **25th** day of **August, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: May 16, 2005.

David A. DiMarzio, Clerk

Sentencing

***By*** ______________________
***Ryan Jackson - Deputy Clerk***