**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR. No.: 05-21T**

**JOSEPH NICOLELLA**

**NOTICE APPEAL**

Now comes the Defendant in the above entitled cause and hereby appeals his judgment of conviction which entered on August 26, 2005.

Respectfully submitted
Joseph Nicolella
By his Attorney,

John M. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909
401-273-5600
401-454-5600

**CERTIFICATION**

I, the undersigned hereby certify to be delivered a true copy of the within Notice of Appeal on this 29th day of August 2005, to Gerard B. Sullivan at the United States Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

Gina Rosario