IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No.05-021T |
| | ) | |
| JOSEPH NICOLELLA | ) | |

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Rhode Island hereby dismisses Count I of the indictment which charges defendant JOSEPH NICOLELLA with kidnapping.

ROBERT CLARK CORRENTE
United States Attorney

Gerard B Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

Ernest C Torres

U.S. District Court Judge

DATE: 9/8/05