**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **1:05CR 00021-01 T**

**JOSEPH NICOLELLA**

**MOTION TO PROCEED IN FORMA PAUPERIS**

Now comes the defendant Joseph Nicolella, in the above-entitled cause and moves to proceed in forma pauperis. The defendant will file the financial affidavit within ten days.

Respectfully submitted,
Joseph Nicolella,
By his attorney,

John M. Cicilline, Esquire #3350
387 Atwells Avenue
Providence, RI 02903
Tel 401 273-5600
Fax 401 454-5600

**CERTIFICATION**

I, the undersigned hereby certify that I cause to deliver a true copy of the within to Gerard B. Sullivan, A.U.S.A, to the U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this the 21st day of October, 2005.