**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **1:05 CR 00021-01T**

**JOSEPH NICOLELLA**

**MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the defendant, in the above-entitled cause and moves that counsel be appointed to perfect and complete his appeal.

Respectfully submitted,
Joseph Nicollela,
By his attorney,

John M. Cicilline, Esquire #3350
387 Atwells Avenue
Providence, RI 02903
Tel 401 273-5600
Fax 401 454-5600

**CERTIFICATION**

I, the undersigned, hereby certify that I caused to deliver a true copy of the within to Gerard B. Sullivan, A.U.S.A, to the US Attorney's Office, 50 Kennedy Plaza, 6th Floor, Providence, RI 02903 on this the 21st day of October, 2005.