UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

            v.                        Cr. No. 05-21-01-T

JOSEPH NICOLELLA

### ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

Defendant's motion to proceed in forma pauperis is denied without prejudice. Defendant was represented by retained counsel at prior proceedings and has failed to present an affidavit of indigency.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: November 3, 2005