UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-21-01-T

JOSEPH NICOLELLA

**ORDER DENYING MOTION TO WITHDRAW**

Attorney John M. Cicilline's motion to withdraw is denied without prejudice to being renewed once the Court of Appeals has appointed counsel to represent the defendant or until new counsel has entered an appearance.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 3, 2005