UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

          v.                    Cr. No.   05-21-01-T

JOSEPH NICOLELLA

### ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

Defendant's motion for appointment of counsel is denied. Appointment of counsel to represent a defendant in an appeal is made by the Court of Appeals, not the District Court.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: November 3, 2005