**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

vs. C.R. No. 05-21T

JOSEPH NICOLELLA,
Defendant

**ORDER**

Defendant's submission of a financial affidavit in support of his previously denied Motion to Proceed In Forma Pauperis is treated as a renewed Motion to Proceed In Forma Pauperis and is hereby GRANTED.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres

Chief Judge Ernest C. Torres
date: 12/7/05