05-00021
USDC/RI
Torres, J

# United States Court of Appeals
## For the First Circuit

No. 05-2329

UNITED STATES OF AMERICA,

Appellee,

MANDATE

v.

JOSEPH NICOLELLA,

Defendant, Appellant.

## JUDGMENT

Entered: January 12, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See 1st Cir. Loc. R. 27.0(c).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/7/07

By the Court:
Richard Cushing Donovan, Clerk
MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Little, Mr. Sullivan, and Mr. Lockhart.]